```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JEMMY LEE STURGIS,
                                                                    JUDGMENT
                    Plaintiff,                                      CV-12-5263 (SJF)(GRB)

    - against -
                                                                    FILED
                                                                    CLERK
COUNTY OF SUFFOLK, P.O. ANTHONY
NAPOLITANO, P.O. MICHAEL                                            5/7/2014 4:14 pm
MURNAME, P.O. BRIAN K. SMALLS,
DET. DYLAN FRIEDLANDER, DET.                                        U.S. DISTRICT COURT
GENEVIEVE VESSALY,                                                  EASTERN DISTRICT OF NEW YORK
                                                                    LONG ISLAND OFFICE
                    Defendants.
----------------------------------------------------------X
```

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 6, 2014, accepting in its entirety the April 3, 2014 Report and Recommendation of Magistrate Judge Gary R. Brown, dismissing this action in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with orders of the court, directing the Clerk of Court to enter judgment against the plaintiff and to close this case, and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that this case is dismissed in its entirety with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and to comply with orders of the court; that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.


Dated:   Central Islip, New York
         May 7, 2014

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT

                                          By:       /s/ Catherine Vukovich
                                                    Deputy Clerk